UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Terance Terill Bennekin, | ) C/A No. 4:14-4128-BHH-KDW | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Kenneth Bryan Polson; | ) | |
| Niyoka Monique Stone, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This case is before the court for review of Plaintiff's compliance with the directions in the initial Order issued on October 31, 2014. ECF No. 8. Petitioner submitted a new address after the Order was mailed to his previous address. ECF No. 10. It is unclear whether the Order was forwarded to Plaintiff by the recipient at the old address (Darlington County Detention Center) because the mail in which the Order was sent has not been returned undelivered to the court.

TO THE CLERK OF COURT:

    The Clerk of Court is directed to mail this Order, along with a copy of the initial Order and all attachments, ECF No. 8, to Plaintiff at the address that is now on the docket (Hill-Finklea Detention Center).

TO PLAINTIFF:

    This case is not in proper form for service at this time. **If you do not bring this case into proper form within the time permitted by this Order, this case may be dismissed for failure to prosecute and failure to comply with an order of this court under Rule 41 of the Federal Rules of Civil Procedure.** Under General Order *In Re: Procedures in Civil Actions Filed by Prisoner Pro Se Litigants*, No. 3:07-mc-5014-JFA (D.S.C. Sept. 18, 2007), the undersigned is giving you until **January 5, 2015**, to comply with the directions contained in the initial Order, which is being forwarded to you along with this Order.

    IT IS SO ORDERED.

December 9, 2014                                          Kaymani D. West
Florence, South Carolina                      United States Magistrate Judge